

# Fourth Court of Appeals
## San Antonio, Texas

May 4, 2017

No. 04-16-00253-CV

**GUADALUPE COUNTY**,
Appellant

v.

**WOODLAKE PARTNERS, INC.** and Woodlake Partners, L.P.,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 11-1270-CV
Honorable William Old, Judge Presiding

# O R D E R

Sitting:    Marialyn Barnard, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

This court's opinion issued on April 12, 2017. Accordingly, any motion for rehearing was due April 27, 2017. On April 25, 2017, appellees filed a motion to extend time to file a motion for rehearing. The motion is unopposed. After review, we **GRANT** the motion and **ORDER** appellees to file their motion on or before May 11, 2017.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of May, 2017.

_____
Keith E. Hottle
Clerk of Court